UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

SISTERS OF ST. FRANCIS HEALTH )
SERVICES, INC., d/b/a ST. FRANCIS )
HOSPITAL MOORESVILLE , )
                                                         )
                    Plaintiff, )
                                                         )
        vs. )                    1:05-cv-0623-DFH-TAB
                                                         )
THE BOARD OF COMMISSIONERS OF )
MORGAN COUNTY, INDIANA, et al., )
                                                         )
                    Defendants. )

**DISCOVERY ORDER**

The parties appeared by counsel on September 30, 2005 for a telephonic status

conference to address another discovery dispute.  This dispute involved Plaintiff's attempt to

conduct a Rule 30(b)(6) deposition of a Morgan County Hospital representative concerning the

strategic plan the Court ordered produced on September 29.  The hospital objected to the

deposition on the ground that it was unduly burdensome given that this matter is set for a final

pretrial conference on October 3 and for trial on October 4.  Based upon the argument of

counsel, the Court sustained the objection.

As more fully explained during the September 30 conference, Plaintiff was aware of the

existence of the strategic plan -- and Morgan County's Hospital's refusal to voluntarily turn the

plan over -- for about a month.  Despite this fact, Plaintiff made no formal attempt to compel the

plan's production until a September 27, 2005 status conference.  Moreover, during that

conference Plaintiff never expressed any need for a Rule 30(b)(6) deposition.  Instead, Plaintiff

waited to serve the Rule 30(b)(6) notice until after receiving the order compelling production of the strategic plan.  The Court first heard about the Rule 30(b)(6) deposition at the September 30 status conference.  Plaintiff should have raised the issue of a Rule 30(b)(6) deposition at the September 27 status conference, if not sooner.  With an October 3 final pretrial conference and an October 4 trial date, Morgan County Hospital correctly argued that the last-minute Rule 30(b)(6) deposition creates an undue burden on it with respect to trial preparation and related matters.

Accordingly, the Court sustained Morgan County Hospital's objection to the Rule 30(b)(6) deposition notice, which was quashed.

Dated: 10/05/2005

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Thomas A. Barnard
SOMMER BARNARD ATTORNEYS, PC
tbarnard@sommerbarnard.com

Dave C. Bromund
SOMMER BARNARD ATTORNEYS, PC
dbromund@sommerbarnard.com

Michael D. Chambers
SOMMER BARNARD ATTORNEYS, PC
mchambers@sommerbarnard.com

Joseph C. Chapelle
BARNES & THORNBURG LLP
joe.chapelle@btlaw.com

Mark Jason Crandley
BARNES & THORNBURG LLP
mcrandley@btlaw.com

John J. Miles
OBER KALER
jjmiles@ober.com

Kendall H. Millard
BARNES & THORNBURG LLP
kmillard@btlaw.com

Gayle A. Reindl
SOMMER BARNARD ATTORNEYS, PC
greindl@sommerbarnard.com

Steven C. Shockley
SOMMER BARNARD ATTORNEYS, PC
sshockley@sommerbarnard.com

Edward John Steren
OBER KALER GRIMES & SHRIVER
ejsteren@ober.com