UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SISTERS OF ST. FRANCIS HEALTH SERVICES, INC., d/b/a ST. FRANCIS HOSPITAL MOORESVILLE, | ) ) ) ) |
| Plaintiff, | ) ) CASE NO. 1:05-cv-0623-DFH-TAB |
| v. | ) ) ) |
| MORGAN COUNTY, INDIANA, THE BOARD OF COMMISSIONERS OF, MORGAN COUNTY, INDIANA, and BOARD OF TRUSTEES OF MORGAN HOSPITAL & MEDICAL CENTER, | ) ) ) ) ) ) |
| Defendants. | ) |

FINAL JUDGMENT AND PERMANENT INJUNCTION

This action having been tried to the court on October 4-5, 2005, and the court having issued its findings of fact and conclusions of law, it is hereby ORDERED, ADJUDGED, AND DECREED that defendants Morgan County and the Board of Commissioners of Morgan County, Indiana, and their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this order are hereby ENJOINED from enforcing Morgan County Ordinance 4-1-6, as amended, to regulate or otherwise affect the activities and plans of plaintiff Sisters of St. Francis Health Services, Inc. in carrying out construction of health care facilities and equipment as part of the St. Francis – Mooresville Hospital; and that plaintiff's claims against defendant

Board of Trustees of Morgan Hospital & Medical Center are DISMISSED WITH PREJUDICE.

Date: November 2, 2005

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
    Deputy Clerk, U.S. District Court

Copies to:

Thomas A. Barnard
SOMMER BARNARD ATTORNEYS, PC
tbarnard@sommerbarnard.com

Dave C. Bromund
SOMMER BARNARD ATTORNEYS, PC
dbromund@sommerbarnard.com

Michael D. Chambers
SOMMER BARNARD ATTORNEYS, PC
mchambers@sommerbarnard.com

Joseph C. Chapelle
BARNES & THORNBURG LLP
joe.chapelle@btlaw.com

Mark Jason Crandley
BARNES & THORNBURG LLP
mcrandley@btlaw.com

John J. Miles
OBER, KALER, GRIMES, & SHRIVER
jjmiles@ober.com

Kendall H. Millard
BARNES & THORNBURG LLP
kmillard@btlaw.com

Gail Reindl
SOMMER BARNARD ATTORNEYS, PC
greindl@sommerbarnard.com

Steven C. Shockley
SOMMER BARNARD ATTORNEYS, PC
sshockley@sommerbarnard.com

Edward John Steeren
OBER, KALER, GRIMES & SHRIVER
ejsteren@ober.com